SCWC-16-0000005

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

DWIGHT J. VICENTE,
Petitioner/Claimant-Appellant,

vs.

HILO MEDICAL INVESTORS, LTD.,
Respondent/Employer-Appellee,

and

JOHN MULLEN & COMPANY, INC.,
Respondent/Insurance Carrier-Appellee.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-16-0000005; AB 2015-259(H); DCD NO. 1-87-00882)

ORDER DENYING "MOTION TO RECONSIDER"
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

On July 28, 2016, petitioner/claimant-appellant Dwight J. Vicente filed a "Motion to Reconsider," in which he asks the court to reconsider the July 18, 2016 order rejecting his application for writ of certiorari. A rejection of an application for writ of certiorari, however, is not subject to reconsideration. See HRAP Rule 40.1(h) ("Neither acceptance nor rejection of an application for a writ of certiorari shall be subject to a motion for reconsideration in the supreme court. The rejection of an application for certiorari shall be final."). Accordingly,

It is hereby ordered that the "Motion to Reconsider" is denied.

DATED:  Honolulu, Hawaiʻi, August 3, 2016.

Dwight J. Vicente,
pro se

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

